# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ILDA GOMEZ DE PEREZ, | : | CIVIL 08 - 3866  (PGS) |
| V. | : | |
| | : | ORDER FOR DISMISSAL |
| CONTINENTAL AIRLINES, INC., | : | Pursuant to General |
| et al | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on September 16, 2009,

It is on this 29th day of October  2009,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.